AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>HECTOR UMPIERRE<br><br>Defendant | )<br>)  Case No.  3:20-CR- 100 JBA<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hector Umpierre,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Cocaine Base)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) (Possession with Intent to Distribute 28 Grams or More of Cocaine Base)

Date: 06/30/2020

_____
Issuing officer's signature

Angela Blue, Deputy Clerk
Printed name and title

City and state: Hartford, CT

### Return

This warrant was received on *(date)* 6/30/2020, and the person was arrested on *(date)* 7/1/2020
at *(city and state)* Waterbury, CT.

Date: 7/1/2020

_____
Arresting officer's signature

SA Ryan Halpin
Printed name and title