LOCAL PTS
Violation Report
(06/18)

**U.S. PROBATION & PRETRIAL SERVICES**
**DISTRICT OF CONNECTICUT**

**DATE**
07/16/2020

**NAME**
Hector Umpierre

**DOCKET NUMBER:**
3:20CR00100-005

**U.S. DISTRICT/MAGISTRATE JUDGE**
Honorable Kari A. Dooley

## Notification of Non-Compliance

**ASSISTANT U.S ATTORNEY**
Maria Del Pilar Gonzalez

**DEFENSE ATTORNEY**
Walter C. Bansley, IV

**RELEASE DATE:** July 1, 2020
**NEXT COURT DATE:**
**CURRENT STATUS:** Pretrial Release

**CHARGED OFFENSE(S)**
21 U.S.C. 846, 841(a)(1) and (b)(1)(B)(iii)- Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Cocaine Base

*(Displaying Most Severe)*

**CONDITIONS**

Submit to supervision by and report for supervision to the U.S. Probation Office.
telephone number _____ no later than _____

- [✓] not obtain a passport or other international travel document.
- [✓] abide by the following restrictions on personal association, residence, or travel:
  Travel restricted to the state of Connecticut.
- [✓] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:
  co-defendants.
- [✓] not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- [✓] not possess a firearm, destructive device, or other weapon
- [✓] not use alcohol   ○ at all   ● excessively.
- [✓] submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- [✓] participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- [✓] participate in one of the following location restriction programs and comply with its requirements as directed.
  - [ ] Curfew. You are restricted to your residence every day _____ from _____ to _____, or _____ as directed by the pretrial services office or supervising officer; or

- [✓] Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
- [ ] Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- [✓] submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - [✓] You must pay all or part of the cost of the program based on your ability to pas as determined by the pretrial services officer or supervising officer.
- [✓] report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Defendant shall be subject to Smartlink or GPS monitoring.

Defendant shall be permitted to make one weekly trip to shop for personal needs, at the discretion of USPO.

## CONDITIONS VIOLATED

(1) Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

(2) Submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

## NATURE OF NON-COMPLIANCE/PROBATION OFFICER'S RESPONSE

On July 11, 2020 the defendant left his residence from 11:15 am to 11:45 am. GPS coordinates provide that he went to a nearby Dunkin' Donuts parking lot.

On July 12, 2020, the defendant was approved to go to the grocery store and laundromat. GPS coordinates provide that he went to a diner, an unknown residence and the Brass Mill Mall, in addition to the laundromat and grocery store. The defendant was verbally admonished and reminded that he is only to go to pre-approved locations when on leave.

On July 13, 2020, the defendant left his residence from 8:16 pm to 8:31 pm and visited a plaza which contained Walgreens and Auto Zone stores. When confronted by this officer, the defendant denied leaving his residence. This officer then provided GPS mapping evidence to the defendant. The defendant then admitted that he lied to this officer and was assisting his spouse with an issue with her car. This officer verbally admonished the defendant and informed that further non-compliance would result in Court notification. The defendant requested the Court not be notified and emphasized that he would abide by his location monitoring restrictions moving forward.

On July 14, 2020, this officer observed that the defendant left his residence at approximately 8:53pm. This officer subsequently contacted the defendant and inquired as to his whereabouts. The defendant informed that he left to take out the trash. This officer directed him to return to his apartment. He returned at 9:49 pm.

LOCAL PTS
Violation Report
(06/18)

| |
|---|
| On July 15, 2020, the defendant left his apartment from 7:12 pm to 8:30 pm, then again from 8:39 pm to 9:43 pm. |

**ADJUSTMENT TO PRETRIAL SERVICES SUPERVISION** *(Summary of compliance, results of criminal record check)*

| |
|---|
| Since his release on July 1, 2020, the defendant's adjustment to pretrial supervision has been poor. He has had difficulty adjusting to the requirements of home detention. He has left his residence at unauthorized times, has detoured from approved routes, and been dishonest with probation when confronted. This is troubling conduct for a defendant facing such charges as the defendant. Considering the charges against the defendant, it makes the specifics of his non-compliance, and the inability to verify his activity, increasingly concerning. The defendant is otherwise participating in verified pro-social activity, specifically full-time employment. |

I declare the foregoing is true and correct.

by *[signature]*

Michael R Jones
U.S. Probation Officer

Date: July 16, 2020

LOCAL PTS
Violation Report
(06/18)

**Judicial Officer's Response:**

The Court will conduct a status conference by Zoom during the week of July 20, 2020, to discuss Mr. Umpierre's non-compliance. Mr. Umpierre is advised that continued failure to comply fully with the Conditions of Release will result in either (1) a modification of the conditions to impose a condition of home incarceration, or (2) remand to custody. Counsel shall provide a copy of this Order to the defendant immediately.

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Concur with action(s) taken by the U.S. Probation Officer
☒ Other

A conference will be conducted next week. If additional violations are reported, a warrant or summons will be issued and a formal Bond Revocation Hearing will be scheduled.

Sarah A. L. Merriam, U.S.M.J.

Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2020.07.17 13:21:02 -04'00'

Signature of Judicial Officer

Date